UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 1 5 2021
AT_____ O'CLOCK
John M. Domurad, Clerk - Utica
```

———————————————————

CAMERON CATES                         )

                                      )

Plaintiff,                            )

                                      )

vs.                                   )   CIVIL CASE NO.: 3:21-CV-0805
                                          (LEK/mL)
                                      )

JARED SHLEMOVITZ, d/b/a               )   COPYRIGHT INFRINGEMENT

JUNTO SOUNDS,                         )   PURSUANT TO TITLE 17

PROCTER & GAMBLE CORPORATION,         )   U.S. COPYRIGHT CODE

d/b/a/ FEBREZE,                       )   § 501

GREY ADVERTISING CORPORATION,         )

WPP GROUP USA INCORPORATED            )

                                      )

Defendants.                           )

———————————————————

Plaintiff demands a trial by: JURY

Plaintiff in the above-captioned action, alleges as follows:

JURISDICTION

1.      This is a civil action seeking relief and damages to defend and protect the rights guaranteed by the Constitution of the United States.

2.      This action is brought pursuant to Title 17 U.S. Copyright code § 501.

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338 (a) (Copyrights).

4.      This Court is the proper venue pursuant to 28 U.S.C. § 1391 (b)(2).

PARTIES

5.      Plaintiff:   Cameron Cates

         Address:      290 Humphrey Road
South New Berlin, Chenango County, New York, 13843

6.   a.   Defendant:   Jared Shlemovitz

              Official Position: Production Manager,
Founder, d/b/a Junto Sounds.

         Address:      55 Bethune Street
New York, Greenwich Village, New York, 10014

7.   b.   Defendant:   Procter & Gamble Corporation

              Official Position: d/b/a "FEBREZE" Brand.

         Address:      1 Procter & Gamble Plaza
Cincinnati,  Ohio,  45202

Page 2 of 7

8.  c.   Defendant:   Grey Advertising Corporation

Official Position:  Worldwide Chief Executive Office, Grey Group, Advertisers.

Address:     200 Fifth Avenue New York, New York, 10010

9.  d.   Defendant:   WPP Group USA Incorporated

Official Position:  A holding company for Grey Advertising Corporation.

Address:     3 World Trade Center Greenwich Street, New York, New York, 10007

## FACTS

10.     Cameron Cates is a multi-disciplined and nationally published artist.

11.     Early in Mr. Cates' career, Autumn of ]982, he composed the song "SHE LOVES HER JOB" (the "Infringed Composition"). Mr. Cates attributes his inspiration to the power of women to choose who they are and love what they do and be admired for it. (A copy of this original manuscript is attached hereto as Exhibit "A".)

]2.     The plaintiff set to work refining, rehearsing, and recording a finished version of the Infringed Composition.

13.      Plaintiff deposited his finished version of the
Infringed Composition with the United States Library of
Congress' Copyright Office. This finished sound recording was
effectively registered on February 24, 1983 along with eight
additional finished sound recordings by the Plaintiff compiled
under the title "The songs I wrote in my spare time." The
registration code is: PAu 484-226. (A copy of this
registration is hereto attached as Exhibit "B".)

14.      In early Spring 2021 it came to Plaintiff's
attention that the Defendants and/or their agents reproduced,
synchronized, distributed, and/or publicly performed ( and/or
caused to be reproduced, synchronized, distributed, and/or
publicly performed) a substantial portion of the Infringed
Composition without Plaintiff's authorization.

15.      The substantial portion of the Infringed Composition
is the five note melodic hook notated in the plaintiff's
original manuscript measures five and six in sequence,
sounding as the finished audio recording registered with the
U.S. Copyright Office on February 24, 1983.

16.      Defendant's five note "La, la, la, la, la."
used in their Febreze ads since 2017 in televised, radio, and
streaming commercial broadcasts is strikingly similar to
Plaintiff's five note melodic hook in cadence, melody, and
meaning. A sample of the Infringing ads may be viewed at:
https://www.ispot.tv/brands/dW2/febreze.

17.      Defendant's continued Infringement includes an album of eight songs for public consumption titled "The Freshness".

18.      "The Freshness" album, consisting of eight multi-genre songs of pop, hip-hop, and rap, all contain the Infringed Composition.

19.      "The Freshness" album, upon information and belief, was uploaded to the publicly accessable website Sound Cloud on March 11, 2019. This album may be streamed for listening at: https://soundcloud.com/user-151564889/sets/the-febreze.

20.      Defendants do not have any license, authorization, permission, or consent to use the Infringed Composition.

### FIRST CAUSE OF ACTION

### Copyright Infringement

21.      Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 20., the same as if set forth herein.

22.      This cause of action arises under the copyright laws of the United States and, in particular under ]7 U.S.C. §§ 101, et seq. Through the conduct arrived herein, Defendants have infringed Plaintiff's copyrights in the Infringed Composition in violation of 17 U.S.C. 501.

23.        Defendants have had knowledge of this Infringement, at least as of the delivery of Emails dated April 26, 2021, April 28, 2021, and a phone conversation with Grey Advertising Corporation's attorney Katrina Dibbini at 11:40 AM E.S.T., May 17, 2021.

24.        Defendants' acts of Infringement are willful and in disregard of Plaintiff's rights.

25.        As a direct and proximate result of the infringement by Defendants, Plaintiff is entitled to damages in an amount to be determined at trial.

26.        Plaintiff is also entitled to Defendants' profits attributable to the infringement pursuant to 17 U.S.C. 504(b).

27.        Plaintiff is further entitled to its attorney fees and costs pursuant to 17 U.S.C. 505.

## PRAYER

Plaintiff prays for judgement against Defendants, jointly and severally, as follows:

1.    ·    For damages in such amount as may be found, or otherwise permitted by law.

2.        For all profits of Defendants attributable to their infringement of Plaintiff's copyrights in the Infringed Composition.

Page 6 of 7

3.      For a permanent injunction prohibiting
Defendants, and their respective agents, servants, employees,
officers, successors, licensees, and assigns, and all persons
acting in concert or participation with each or any of them,
from continuing to infringe Plaintiff's copyrights in the
Infringed Composition.

4.      For prejudgement interest according to law.

5.      For Plaintiff's attorneys' fees, costs and
disbursements in this action.

6.      For such additional relief as the Court may
deem just and proper.

Dated: July 13, 2021

                                Respectfully submitted,

                                Cameron Cates

                                290 Humphrey Road

                                South New Berlin  New York

                                13843

                                Tel.: (607) 334-2985

                                Fax:  (607) 334-2985

                                Email: rcdco@frontiernet.net

                                Pro Se Plaintiff

# Exhibit " A"

"A"



No. 12          © TROPHY MUSIC CO.
Cleveland, Ohio 44113

# Exhibit " B"

"B"

**CERTIFICATE OF COPYRIGHT REGISTRATION**

**FORM PA**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER | |
|---|---|
| PAu | **484-226** |
| PA | (PAU) |

EFFECTIVE DATE OF REGISTRATION
Feb. 24 1983
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**①** Title

TITLE OF THIS WORK:
"The songs I wrote in my spare time"

NATURE OF THIS WORK: (See instructions)
Words + Music

PREVIOUS OR ALTERNATIVE TITLES:

---

**②** Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR: Cameron Cates
Was this author's contribution to the work a "work made for hire"?  Yes...... No. X

DATES OF BIRTH AND DEATH:
Born 54 Died .....
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country) } or { Domiciled in U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No X
Pseudonymous?  Yes......  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Words + Music of all the songs in the collative work

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No
Pseudonymous?  Yes......  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes......  No......

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year) (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③** Creation and Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 83
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date....
(Month) (Day) (Year)
Nation....
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④** Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Cameron Cates
3340 Barker Ave.
Bronx, N.Y. 10467

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE

| | EXAMINED BY: *WP* | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| **PA**u **484-226** | CHECKED BY: ........ | 24 FEB 1983 | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 24 FEB 1983 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 139106 FEB 24 83 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . No ✗

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . Year of Registration . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
This work incorporates all the songs that I have had recorded on tape. They are "Blowin Like the Wind", "Cool Aid (for everyone)", "I Love You", "Ooh for Awn could the metal was", "My mind's a mess", "Dreams come true", "Last Night", "Too Late", "She Loves Her Job".

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..........................

Account Number: .....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Cameron Cates
Address: 3340 Barker Ave.
Bronx *(City)*   N.Y. *(State)*   10467 *(ZIP)*

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✻ I, the undersigned, hereby certify that I am the: (Check one)
☑ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: Cameron Cates
*(Name of author or other copyright claimant, or owner of exclusive right(s))*
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Cameron Cates

Typed or printed name: Cameron Cates    Date 2/22/83

**⑧ Certification** (Application must be signed)

| MAIL CERTIFICATE TO | **⑨ Address For Return of Certificate** |
|---|---|
| Cameron Cates *(Name)* <br> 3340 Barker Ave *(Number, Street and Apartment Number)* <br> Bronx, N.Y. 10467 *(City) (State) (ZIP code)* | (Certificate will be mailed in window envelope) |

✻ 17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for